Rcpt FW024232 $46.00

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Carmen Farmer ) | 4-15MC-11 A |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-CV-58-PLR-CCS |
| Riverwalk Holdings, LTD ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/01/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 5/1/2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 11 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CARMEN FARMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:12-CV-58-PLR-CCS |
| | ) |
| RIVERWALK HOLDINGS, LTD, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that Plaintiff's motion for summary judgment is **GRANTED in part and DENIED in part.** Plaintiff is awarded statutory damages of $1,000 plus costs and attorney fees, the amount to be determined by further orders of the court.

Enter:

_____
UNITED STATES DISTRICT JUDGE

ATTEST: A true copy
Certified this 5/1/2015
Debra C. Poplin, Clerk
by _____ Dep. Clerk